HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JESUS BUCIO-MENDOZA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JESUS BUCIO-MENDOZA,<br><br>　　　　　　Defendant. | No.  Cr. F 10-212 LJO<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable LAWRENCE J. O'NEILL |

　　　　Defendant, JESUS BUCIO-MENDOZA, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Kathleen Servatius, hereby stipulate as follows:

　　　　1.　　Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

　　　　2.　　On May 27, 2011, this Court sentenced Mr. Bucio-Mendoza to a term of 87 months imprisonment;

　　　　3.　　His total offense level was 29, his criminal history category was I, the resulting guideline range was 87 to 108 months;

4. The sentencing range applicable to Mr. Bucio-Mendoza was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Bucio-Mendoza's total offense level has been reduced from 29 to 28, and his amended guideline range is 78 to 97 months; and,

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Bucio-Mendoza's term of imprisonment to a total term of 78 months.

Respectfully submitted,

Dated:  January 29, 2015              Dated:   January 29, 2015

BENJAMIN B. WAGNER                HEATHER E. WILLIAMS
United States Attorney                    Federal Defender


 /s/ *Kathleen A. Servatius*               /s/ *David M. Porter*
KATHLEEN SERVATIUS                DAVID M. PORTER
Assistant U.S. Attorney                   Assistant Federal Defender

Attorney for Plaintiff                     Attorney for Defendant
UNITED STATES OF AMERICA     JESUS BUCIO-MENDOZA

## ORDER

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Bucio-Mendoza is entitled to the benefit Amendment 782, which reduces the total offense level from 29 to 28, resulting in an amended guideline range of 78 to 97 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in May 2011 is reduced to a term of 78 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Bucio-Mendoza shall report to the United States Probation Office within seventy-two hours after his release.

IT IS SO ORDERED.

Dated:  **January 29, 2015**          /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE